# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

DANIEL ANTHONY PEACE,

    Plaintiff,

-vs-        Case No. 14-CV-1608

WARDEN DONALD STRAHOTA, et al.

    Defendants.

## DECISION AND ORDER

On December 29, 2014, plaintiff Daniel Anthony Peace filed a *pro se* complaint under 42 U.S.C. § 1983. He also filed a motion for leave to proceed *in forma pauperis*, but he did not include a certified copy of his prison trust account statement for the six months prior to filing his complaint, which is necessary for the Court to calculate the plaintiff's initial partial filing fee. *See* 28 U.S.C. § 1915A.

**IT IS THEREFORE ORDERED** that the plaintiff shall file a certified copy of his prison trust account statement for the six months prior to the filing of his complaint on or before **Friday, February 20, 2015**. Failure to submit the trust account statement will result in the denial of the plaintiff's motion for leave to proceed *in forma pauperis*.

**IT IS FURTHER ORDERED** that a copy of this order be sent to the warden of the institution where the inmate is confined.

Dated at Milwaukee, Wisconsin, this 2nd day of February, 2015.

**SO ORDERED,**

_/s/ Rudolph T. Randa_
**HON. RUDOLPH T. RANDA**
U. S. District Judge