UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**DANIEL ANTHONY PEACE**,

        Plaintiff,

v.  **Case No. 14-cv-1608-pp**

**WARDEN DONALD STRAHOTA,
CO BLAKE, TONIA MOON,
TONY MELI, SGT. GREFF,
ANA BOATWRIGHT,
CINDY O'DONNELL, and
SGT. JOHN DOE,**

        Defendants.

---

### ORDER COLLECTING APPEAL FEE

---

On June 22, 2015, the court granted the plaintiff's motion for leave to proceed *in forma pauperis* and screened the plaintiff's complaint. Dkt. No. 17. The court concluded that the plaintiff's complaint failed to state a claim upon which relief could be granted, and dismissed the action. Id.

On August 14, 2015, the *pro se* plaintiff—a prisoner at all relevant times—filed an appeal of this court's order. Dkt. No. 23. On August 25, 2015, the Seventh Circuit dismissed the plaintiff's appeal pursuant to Federal Rule of Civil Procedure 42(b) and directed this court to collect the appellate fee of $505.00 from the prisoner's trust fund account using the procedures outlined in 28 U.S.C. §1915(b). See Dkt. No. 27. See also, Newlin v. Helman, 123 F.3d 429, 434 (7th Cir. 1997), rev'd on other grounds by, Walker v. O'Brien, 216 F.3d 626 (7th Cir. 2000) and Lee v. Clinton, 209 F.3d 1025 (7th Cir. 2000).

1

The court **ORDERS** that the Secretary of the Wisconsin Department of Corrections or his designee shall collect from the plaintiff's prison trust account the $505.00 balance of the filing fee by collecting monthly payments from the plaintiff's prison trust account in an amount equal to 20% of the preceding month's income credited to the prisoner's trust account and forwarding payments to the clerk of the court each time the amount in the account exceeds $10 in accordance with 28 U.S.C. § 1915(b)(2). The Secretary or his designee shall clearly identify the payments by the case name and numbers assigned to this case.

The court will send copies of this order will be sent to the warden of the institution where the inmate is confined and to PLRA Attorney, United States Court of Appeals for the Seventh Circuit, 219 S. Dearborn Street, Rm. 2722, Chicago, Illinois 60604.

Dated in Milwaukee, Wisconsin this 4th day of January, 2016.

BY THE COURT:

_____
HON. PAMELA PEPPER
United States District Judge